NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PINKERTON TOBACCO CO., LP, NYZ AB, SWEDISH MATCH NORTH AMERICA LLC, HELIX INNOVATIONS GMBH,**

*Plaintiffs-Appellants*

**v.**

**KRETEK INTERNATIONAL, INC., DRYFT SCIENCES, LLC,**

*Defendants-Appellees*

---

2022-1454

---

Appeal from the United States District Court for the Central District of California in No. 2:20-cv-01322-SB-MRW, Judge Stanley Blumenfeld Jr.

---

## ON MOTION

---

## O R D E R

Upon consideration of Appellant's unopposed motion to dismiss this appeal as moot, pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

2    PINKERTON TOBACCO CO., LP v. KRETEK INTERNATIONAL, INC.

(1)  The motion is granted.  The appeal is dismissed.

(2)  The parties shall bear their own costs.

FOR THE COURT

May 18, 2023                          /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court

ISSUED AS A MANDATE:  May 18, 2023